**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| POSCO Energy Co., Ltd. f/k/a POSCO Power,<br><br>                              Plaintiff,<br><br>     v.<br><br>FuelCell Energy, Inc.,<br><br>                              Defendant. | Case No.: 1:20-cv-07509-MKV |

## STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff POSCO Energy Co., Ltd. and defendant FuelCell Energy, Inc. stipulate and agree that this action and all claims asserted herein are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: January 5, 2022
New York, New York

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _____
James D. Herschlein
Jonathan E. Green
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: james.herschlein@arnoldporter.com
          jonathan.green@arnoldporter.com

James K. Lee (*pro hac vice*)
44th Floor, 777 South Figueroa Street
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (212) 243-4199
Email: james.lee@arnoldporter.com

*Attorneys for POSCO Energy Co., Ltd.*

**WILEY REIN LLP**

By: _____
Gregory M. Williams (*pro hac vice*)
Kevin B. Muhlendorf
Enbar Toledano (*pro hac vice*)
1776 K Street N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: gwilliams@wiley.law
          kmuhlendorf@wiley.law
          etoledano@wiley.law

*Counsel for FuelCell Energy, Inc.*